THE STATE v. STOKES.

If defendant has no notice of an inquisition of forcible entry and detainer, it is a fatal defect.

2 F

The State v. Corporation of New Brunswick.

*Certiorari* to remove an inquisition of forcible entry and detainer, taken before Justice Hugg.

The objection taken by *Leake*, for the defendant, was, that that no notice had been given to the defendant, Stokes, of the taking the inquisition. It is a plain and settled point that this is a fatal error in the proceedings, and the case of *The State* v. *Covenhoven*, decided in this court, is conclusive of the question.

*Pearce*, contra.

PER CUR.   The objection is fatal; the inquisition must be quashed. No man can be legally bound by proceedings against him, of which he has not been notified in a proper and regular manner.

CITED *in Cruiser* v. *State*, 3 *Har.* 208.

---

[393] THE STATE v. THE CORPORATION OF NEW BRUNS-
WICK.